**Order filed March 21, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01092-CV
_____

## IN RE EOG RESOURCES, INC., RELATOR

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-34043**

## ORDER

On December 20, 2018, relator, EOG Resources, Inc., (EOG) filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. EOG asked this court to compel the Honorable Caroline Baker former presiding judge of the 295th District Court of Harris County, to vacate her order granting a new trial and render a take-nothing judgment in relator's favor pursuant to a jury verdict.

On January 1, 2019, Judge Baker ceased to hold office as judge of the 295th District Court. Judge Baker's successor is the Honorable Donna Roth.

On January 15, 2019, relator, Renegade Well Services, LLC (Renegade), a co-defendant with EOG in the underlying proceeding, also filed a petition for writ of mandamus in this cause number. Like EOG, Renegade also requested this court to compel the trial court to vacate its order granting a new trial and render a take-nothing judgment in Renegade's favor based on the jury verdict.

We abated this original proceeding to afford Judge Baker's successor, the Honorable Donna Roth, an opportunity to consider the order granting a new trial. *See* Tex. R. App. P. 7.2(b).

On February 21, 2019, Judge Roth denied EOG's and Renegade's motions for reconsideration. EOG and Renegade each have filed a motion to reinstate the mandamus proceeding in this court. We **GRANT** the motions to reinstate, and order this cause reinstated on the court's active docket.

The court further requests real party in interest, Taylor Chase Routon, to file a response to the petitions for writ of mandamus filed by relator EOG and relator Renegade. The response is due no later than **April 11, 2019.**


PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.